**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **FRANKLIN MATCHETT** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:15-cv-00838 |
| | § | |
| **LEGACY PRESSURE CONTROL, INC.** | § | |
| **and ROBERT MYRICK** | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:**

1. COME NOW LEGACY PRESSURE CONTROL, INC. and ROBERT MYRICK (hereinafter "Defendants"), and file this their Corporate Disclosure Statement and Certificate of Interested Parties.

2. Legacy Pressure Control, Inc., a nongovernmental corporate party, does not have a parent corporation or any publicly held corporation that owns 10% or more of its stock.

3. The following list identifies, to the best of Defendants' knowledge, all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations or other legal entities that are financially interested in the outcome of this case:

    1. Franklin Matchett;

    2. Legacy Pressure Control, Inc.;

    3. Robert Myrick;

    4. Paul Myrick; and

5. Chase Alder.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By: */s/ Robert L. Rickman*
Robert L. Rickman
State Bar No. 24013400
rrickman@krcl.com
Kenneth C. Riney
State Bar No. 24046721
kriney@krcl.com

1601 Elm Street
3700 Thanksgiving Tower
Dallas, Texas 75201
Telephone: (214) 777-4270
Facsimile: (214) 777-4299

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2015, a true and correct copy of the foregoing document has been sent to the following counsel of record by electronic mail through ECF filing in accordance with the Federal Rules of Civil Procedure and the local Rules of the Eastern District of Texas, as follows:

**VIA ECF FILING**
Josh Sanford
Sanford Law Firm, PLLC
One Financial Center
650 S. Shackelford Road, Suite 411
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

*/s/ Robert L. Rickman*
Robert L. Rickman